# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SAINT LAWRENCE COMMUNICATIONS LLC, | § § § | Case No. 2:14-cv-00293 |
| Plaintiff, | § § | Jury Trial Requested |
| v. | § § | |
| SAMSUNG ELECTRONICS CO. LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; and SAMSUNG AUSTIN SEMICONDUCTOR, LLC, | § § § § § § | |
| Defendants. | § | |

## SAINT LAWRENCE COMMUNICATIONS LLC'S
## NOTICE OF DISMISSAL

Plaintiff Saint Lawrence Communications LLC ("St. Lawrence" or "Plaintiff") hereby submits this Notice of Dismissal pursuant to Rule 41(a)(1)(A)(i) to dismiss this action *with prejudice* against Samsung Electronics Co. Ltd., Samsung Electronics America, LLC, Samsung Telecommunications America, LLC, and Samsung Austin Semiconductor, LLC (collectively "Samsung" or "Defendants").  As of the filing of this Notice of Dismissal, none of the Defendants have served an Answer to St. Lawrence's Complaint (D.E. 1).

Dated: April 17, 2014    Respectfully submitted,

*/s/ Brian E. Simmons*
Demetrios Anaipakos
Texas Bar No. 00793258
danaipakos@azalaw.com
Amir Alavi
Texas Bar No. 00793239
aalavi@azalaw.com
Brian E. Simmons
Texas Bar No. 24004922
bsimmons@azalaw.com
Alisa A. Lipski
Texas Bar No. 24141345
alipski@azalaw.com
Kyril V. Talanov
Texas Bar No. 24075139
ktalanov@azalaw.com
Michael McBride
Texas Bar No. 24065700
mmcbride@azalaw.com
AHMAD, ZAVITSANOS, ANAIPAKOS,
     ALAVI & MENSING P.C.
1221 McKinney Street, Suite 3460
Houston, TX 77010
Telephone: 713-655-1101
Facsimile: 713-655-0062

**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2014, a copy of Saint Lawrence Communications LLC's Notice of Dismissal was served on Samsung Electronics America, LLC and Samsung Austin Semiconductor, LLC by mail at their Registered Agent, CT Corporation System, 1999 Bryan St. Suite 900, Dallas, Texas 75201-3136, and was served on Samsung Telecommunications America, LLC by mail at its Registered Agent, Corporation Service Company D/B/A CSC-Lawyers Incorporating Service Company, 211 E. 7th St. Suite 620, Austin, Texas 78701-3218.

*/s/ Brian E. Simmons*
Brian E. Simmons